UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 11 |
| ACRDGROUP LLC, | Case No. 22-24848-kmp |
| Debtor. | |

Nicholas Earl Rezny,
ACRDGROUP LLC, and
American Community ReDevelopment Group LLC,
        Plaintiffs,

v.                                                          Adv. No. 22-2112

Leslie Van Buskirk, Wisconsin Department of Financial Institutions, Mark Dorman, Robin Jacobs, Lindsay Fedler, Heather MacKinnon, Matthew Lynch, Randall Schumann, David Cohen, Andrew Parish, Greg Kipfer, Leah I Erickson, Milwaukee City Attorneys Office, Heather Hecimovich Hough, Adam Stephens, Kail Decker, Grant Langley, Michael J. Murphy, Tom Barrett, Wisconsin Department of Justice, Josh Kaul, Kathryn Spitz, Brad Schimel, J.B. Van Hollen, Peggy Lautenschlager, James E. Doyle, Mark A Neuser, Paul W Humphrey, Winn S Collins, Scott W McAndrew, Rebecca St. John, Dawn Wilson, Rhonda L Lanford, John Ly, Cassandra Schwartz, Wisconsin Court of Appeals, Judge Brown, Judge Snyder, Judge Nettesheim, Judge Nashold, Judge Blanchard, Judge Graham, Tony Evers, Department of Administraton, Kathy Blumenfeld, Bill Ramsey, Tom Sandine, Paige Heckel, LaCross County, Timothy Jon Guenke, Ramona A Gonzalez, Kenosha County, Bruce E Shroeder, Carl M Greco, David Bastianelli, Michael Fisher, Kristen Kukawski, Jessica L Krejcarek, Waukesha County, Michael L Bohren, Nathaniel E Adamson, Steven Biskupic, Gimbel, Riley, Guerin, & Brown LLP, Patrick J Knight, Josh Gimbel, Jeffrey Sweetland, Margaret Murphy, Betty Nilssen, Carl Nilssen, Charles Dee, Ann Landre, Jack Boblick, Ryan Janacek, Sara Janacek, Matthew Loss, Andrea Loss, Darrel Jacobs, Barbara Jacobs, Nicholas B Daar, Michael G Heller, City of Milwaukee Department of Neighborhood Services, Erika R. [Lewandowski] Roberts, Peter Laritson, Kristen Reed, Tom Wessel, Steve Chalstron, Kimberly Lyons, Kristen Reed, Nastacia Smith, Michael Williams, Community Advocates, Jo-el Bosley, Monta Mabry, Michael P Hupy, Evan Goyke, Gaby Goyke, Kravit, Hovell, and Krawczyk, LLP, Steven Kravit, Benjamin Glicksman, Brian Fahl, Michael Huitink, CJ Krawczyk, Jay Patel, Nancy Patel, Dana Investment Advisors, Greg Dahlman, Mark Mirsberger, Joseph Veranth,  Michael Stewart, Duane Roberts, Robert Leuty, Scott J Lurie, F Street Investments LLC, Milwaukee County, Marshall B Murray, Ellen Brostron, David Hansher, Jane Carroll, Chris Head, Cramer, Multhauf, & Hammes, LLP, Daniel Haybeck, Matthew Fernholz, Milwaukee Journal Sentinel, Cary Spivak, Matthew Saffar, David Calzaretta, Husch-Blackwell, LLP, Daniel McGarry, Iana Vladimirova, James T Moczydlowski, Bill Kern, Prosource Wholesale Floorcoverings, Trevek R Sengbusch, Bradley M Binversie, Clark Legacy Holdings LLC, Charles Anthony Clark, Dark Roast LLC, Kyle Stanley, Kyle Willkom, Jeremy Frey, Abronia LLC, David M Warner,
        Defendants.

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

    YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of the issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. At the same time, you must also serve a copy of the motion or answer upon the attorney for the Plaintiffs. If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

| *Clerk, United States Bankruptcy Court* <br> United States Courthouse, Room 126 <br> 517 East Wisconsin Avenue <br> Milwaukee, WI 53202 | *Name and Address of Plaintiffs* <br> Nicholas Earl Rezny     ACRDGROUP LLC <br> 2154 North 48th Street     4812 W Lloyd St. <br> Milwaukee, WI 53208     Milwaukee, WI 53208 |
|---|---|

    YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the complaint will be held at the following time and place.

| Date: | **January 10, 2023** |
|---|---|
| Time: | **12:00 P.M.** (Central) |
| Place: | Telephone Conference. **To appear by telephone, you must call the Court conference line at 1-888-675-2535, and enter access code 9918878 before the scheduled hearing time.** The Court may already be in session, so please wait quietly on the telephone for your case to be called. |

    **IF YOU FAIL TO RESPOND TO THE SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: November 8, 2022                                            JANET L. MEDLOCK <br>                                                                                                          Clerk of Court



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>ACRDGROUP LLC,<br>        Debtor. | Chapter 11<br>Case No. 22-24848-kmp |

Nicholas Earl Rezny,
ACRDGROUP LLC, and
American Community ReDevelopment Group LLC,
        Plaintiffs,

v.         Adv. No. 22-2112

Leslie Van Buskirk et al.,
        Defendants.

**CERTIFICATE OF SERVICE REGARDING SUMMONS IN AN ADVERSARY PROCEEDING**

I, _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.
I further certify that the service of this summons and a copy of the complaint was made on _____ (date) by one of the following methods:

☐ *Mail Service:* Regular, first class United States mail, and postage fully prepaid. *(List names/addresses below.)*
☐ *Personal Service:* By leaving the process with defendant or with an officer or agent of defendant. *(List names/addresses below.)*
☐ *Residence Service:* By leaving the process with an adult. *(List names/addresses below.)*
☐ *Certified Mail Service on an Insured Depository Institution:* By sending the process by certified mail addressed to the following officer of the defendant. *(List names/addresses below.)*
☐ *Publication:* The defendant was served as described in the space below.
☐ *State Law:* The defendant was served pursuant to the laws of the State of _____ (U. S. state), as described in the space below.

*LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTIONS OF HOW DEFENDANTS WERE SERVED:*

*Under penalty of perjury, I declare that the foregoing is true and correct.*

_____     _____     _____
Signature                            Date                                   Business Address

_____                                                  _____
Printed Name                                                                                                               Business City, State, and Zip